# EXHIBIT 3

JOURNAL REPORTS

# The Hidden Emotional Toll on Victims of Data Breaches

We all know there's a potential financial impact when a company's data is hacked. But victims' suffering goes far beyond that.

By Cassandra Cross and Thomas J. Holt

November 25, 2025, 2:00 pm EST

Data breaches have become so common that a basic formula has emerged for how organizations usually respond: advise customers to change their passwords, offer free credit monitoring, and suggest that customers remain vigilant for any signs of identity theft. And if identity theft does happen, there's an established process to recover any monetary losses.

All of that is helpful, but it only addresses a breach's potential financial impact on victims. What if we're missing a range of impacts on other facets of people's lives?

Our research suggests we are.

We surveyed 552 Australian victims of data breaches. While financial impacts were reported by 29% of the respondents, many more—50%—reported emotional harm. Nearly one-third said a breach had affected their physical well-being. And nearly a quarter said their relationships were negatively affected.

## Our digital lives

None of this should be surprising. Major parts of our lives have been digitized: sensitive health data, including diagnoses and medical procedures; private images like photos or medical X-rays; sexual preferences expressed as part of a dating profile. The exposure of information like this can make people anxious about how it could affect their lives, including possibly the loss of a partner or a job.

As a result, some victims report a constant level of uncertainty and anxiety in the wake of a breach: What if today is the day my data is used in a bogus transaction? What if today is the day I'm targeted by scammers using my personal information to make

themselves seem legitimate? What if today is the day that I am exposed to family and friends?

But while it may not be surprising, few people have recognized the emotional toll that breaches take on people. The question is: What do we do about it?

The first step is to simply acknowledge it. That alone should help victims better understand what they are going through, and alert therapists that it's an issue that may need to be addressed.

## Who pays?

Having said that, the complexity and cost of compensating perhaps millions of people for nonfinancial damages from a breach are enormous. But victims of other personal crimes are offered a range of support services to assist with recovery. Data-breach victims should be no different. For instance, counseling and psychological support could be offered for those struggling with emotional or mental-health effects of exposure.

The practicalities of providing such support are beyond the scope of our study. But we can think of some possibilities.

For one thing, breached organizations could cover at least part of the costs. It is likely that not all victims would seek these services, and there could be qualifiers for reimbursement, such as a doctor recommending therapeutic services. Financial support for therapeutic services could be built into cyber insurance policies, though that would likely raise premiums.

On the other side, victims' insurers could recognize breaches as a potential source of mental or physical harm that requires medical intervention for some people and provide coverage for treatment costs. And there are many government and nonprofit providers of victim services that could help.

**Cassandra Cross** is a professor in the School of Justice, Queensland University of Technology, Australia. **Thomas J. Holt** is a professor in the School of Criminal Justice and the director of the Center for Cybercrime Investigation and Training at Michigan State University. They can be reached at reports@wsj.com.