# EXHIBIT 2

Master Agreement, as amended

Subject to Motion to Seal to be filed after conferring with Defendants' counsel