**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FICARE FEDERAL CREDIT UNION,

Case No. 8:26-cv-00231-JLB-GDP

Plaintiff,

v.

FISERV SOLUTIONS, LLC f/k/a
FISERV SOLUTIONS, INC., and
FISERV, INC.,

Defendants.
______________________________ /

**DECLARATION OF CHARLENE BENN**

I, Charlene Benn, hereby state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, an adult resident of the State of Georgia, and am competent to testify as to all matters set forth in this Declaration.

2. I am Senior Director, Client Operations Support at Fiserv Solutions, LLC ("Fiserv"), and I have worked for Fiserv since February 2021.

3. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Expedite Responses to Discovery Requests.

4. My responsibilities include overseeing aspects of Fiserv's consumer-facing Contact Center product, which is involved in resolving

potentially fraudulent transactions attempted on consumers' debit and credit cards.

5. As a result, I am familiar with the configurations that Plaintiff FiCare Federal Credit Union ("FiCare") selected for its members' interactions with the EnFact Integrated Voice Response system and Contact Center, including the configurations related to the member authentication process that these services conduct before resolving potentially fraudulent card transactions.

6. Fiserv offers to its credit union customers the option to configure these services to include the issuance of a one-time passcode ("OTP") from the Contact Center to individual members' on-record phone number (via either text or voice) or email address. This OTP feature is employed as part of the process used to authenticate the members' identity prior to a Contact Center agent resolving a potentially fraudulent card transaction.

7. The credit union customer, not Fiserv, determines whether it wishes to utilize OTP in this process. When FiCare selected its Contact Center configurations, it chose not to utilize OTP during the authentication process.

8. Separately, if a cardholder reports a card as stolen, that card is deactivated. A cardholder may not reactivate a deactivated card through the EnFact Integrated Voice Response system or the Contact Center and must instead

either wait for a new card to be reissued or contact the cardholder's financial institution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2026.

*/s/ Charlene Benn*

Charlene Benn