# EXHIBIT 2

# Inquiry Details

IP30700175

In Progress

## Call recordings

## Details

### Summary

GENERAL INFORMATION

PRODUCT
Contact Center

CONTACT NAME
Ashley Magill

ASSIGNED TO
Galina Richards

CREATED DATE
09/16/2026 04:42:32 PM

CLOSED DATE
—

INQUIRY URGENCY
2 - High

CLIENT DEFINED FIELD
—

UPDATED BY
Galina Richards (Fiserv)

UPDATED DATE
09/17/2026 12:16:35 PM

REPORTING SUB CATEGORY
—

REPORTING CATEGORY
Service

SUFFIX FIELD
—

RESOLVED DATE
—

INQUIRY DETAILS
Can we get audio recording or transcript of calls for cases listed in sensitive comments including inbound caller id for the calls

ADDITIONAL INFORMATION

IS THERE AN ACTIVE FRAUD EVENT
No

IS THIS REGARDING A SPECIFIC RISK RULE
No

WHAT IS THE RULE?
—

## Comments

TODAY

GR **Galina Richards** 12:16:35 PM

Hi Ashley,

The caller successfully completed authentication through the automated system prior to reaching the agent. As authentication had already been completed in the automated system, only the name would have been required for verification by the agent. The caller passed automated authentication using the following criteria:

SSN
ZIP Code
CVV/CVC
ANI
Expiration Date

AM **Ashley Magill** 12:12:21 PM

Good afternoon Galina - i noticed the caller did not provide the case number for the fraud case and no additional verifcation was complete - is that standard in closing fraud cases?

GR **Galina Richards** 11:14:02 AM

We have added the audio file of the interaction for your review, please see the attachment on this inquiry and let us know if you have any questions. Thank you.

GR Galina Richards 11:13:34 AM

Hello,

Thank you for your recent inquiry regarding FiCare Federal Credit Union (STP2). We appreciate the opportunity to collaborate with you in reviewing and responding to this matter. Following a thorough review of the interaction between the contact center agent and the caller, no procedural or call handling concerns were identified. Please find a summary of the call below for your reference. Should you have any further questions or require additional information, please do not hesitate to reach out. We value your continued partnership and remain committed to delivering best-in-class service to our cardholders.

Case 1
Sub ID: [redacted]
Agent: Idala, Ashley Joy - CC Sitel Vendor
Date/Time/Duration: 08/02/2026 11:00:22 AM (3:51)
ANI/Caller ID: [redacted]
Enfact Case: 60-451000419
Screen Recording: No

Authentication successfully completed through the automated system so only the name was required.

IVR AUTH LEVEL = ID3RD FULL. PASSED: SSN, ZIPCODE, CVVCVC, ANI, EXPDATE

Call Summary: Agent greeted the caller, introduced themselves, and asked how they could assist. The caller advised they were experiencing a declined transaction. The agent requested the caller's name and, after some difficulty hearing the response, obtained the information. The agent then requested details of the declined transaction, which the caller provided.

The agent advised that the transaction had been declined because it was flagged for review by the fraud monitoring system and explained that they would review recent transactions to verify whether the caller recognized them.

The following transactions were reviewed with the caller:
1. [redacted] - Caller confirmed the transaction was valid.
2. [redacted] – Caller confirmed the transaction was valid.
3. [redacted] – Caller confirmed the transaction was valid.

After reviewing the transactions, the agent advised that no fraudulent activity had been identified and confirmed that the case would be closed. The agent further explained that any temporary restrictions placed on the card would be removed and that the caller could continue using the card as normal.

The agent offered additional assistance, which the caller declined. The interaction concluded with the agent thanking the caller, closing the call, and providing the survey statement.

Case 2
60-453124873 (Created: 08/12/2026 07:51:03)
Case was closed automatically when created as the card status was already closed.

JA **Janet Allan** 08:38:35 AM

Ashley,
risk office does not interact with your cardholders, therefore we are unable to assist. please make a note of this for future inquiries of this kind.

I am reassigning to the contact center which have agents ready to assist cardholders in response to enfact case alerts.

YESTERDAY

AM **Ashley Magill** 04:42:34 PM

Case 60-451000419 and case 60-453124873
Cardholder name [redacted]