# EXHIBIT 3

**From:** Denelle Miller denelle.miller@ficarefcu.org
**To:** Charles Nerko cnerko@nerko.com
**Date:** Wed, Sep 16, 2026, 3:51PM

FYI.

Thank you,

Denelle Miller

Begin forwarded message:

**From:** "Stock, Vanessa via Compliance" <compliance@lists.porticousers.com>
**Date:** September 16, 2026 at 3:48:13 PM EDT
**To:** Christin Glanze <cglanze@fortmcclellancu.org>, Ashley Magill <ashley.magill@ficarefcu.org>, Michelle Norman <mnorman@somersetfcu.com>, Mindy Moulthrop <MMoulthrop@tmtfcu.org>, Operations Portico Users <operations@lists.porticousers.com>, Deborah Mozal <deb.mozal@choiceone.org>, David W Ness <dave@merco.org>
**Cc:** "Portico Users Compliance (compliance@lists.porticousers.com)" <compliance@lists.porticousers.com>
**Subject: Re: [Compliance] increase in fraud**
**Reply-To:** "Stock, Vanessa" <Vanessa.Stock@fiserv.com>

Portico clients,

We appreciate the dialogue and the examples being shared within the Portico Users community. These conversations help all of us better understand emerging threats and identify opportunities to further strengthen fraud prevention strategies.

Several credit unions have recently shared concerns regarding an increase in fraud activity, particularly cases involving social engineering and attempts to bypass card restrictions through contact center interactions. We wanted to provide some context and recommendations based on what we are seeing across the industry.

Criminals continually evolve their tactics. One method that has become more prevalent is contact center social engineering, where fraudsters gather enough member information to impersonate a legitimate cardholder and attempt to remove restrictions, respond to fraud cases, or validate transactions. While the tactics may change, the underlying challenge is not new, and credit unions across the industry continue to face increasingly sophisticated fraud attempts.

Fiserv employs multiple layers of fraud prevention and authentication controls to help mitigate these risks. However, it is important to recognize that when a fraudster successfully obtains information directly from a cardholder, even strong authentication measures can be challenged. This is why a layered approach that combines technology, operational controls, and member education remains critical and recommended.

We also want to clarify that authentication options such as Step Up Authentication can be leveraged in contact center interactions, depending on your specific configuration and subscribed services. Credit unions may have different setups, and there are opportunities in some cases to strengthen security controls and authentication workflows based on individual needs and risk tolerance.

For credit unions that are experiencing increased fraud activity or have concerns about their current configuration, we encourage you to engage with your Fiserv cards account team or open a support ticket. This allows our fraud and risk specialists to review the uniqueness of your environment, evaluate current settings and controls, and collaborate with you on the most appropriate recommendations for your organization.

In addition, member awareness remains an important first line of defense. While education alone cannot prevent every fraud attempt, helping members recognize phishing, smishing, social engineering, and other emerging fraud tactics can reduce the likelihood that sensitive information is shared with bad actors. We recommend leveraging Impact Marketing materials available with your card's products to amplify member education.

Again, we appreciate the dialogue. It's helpful to see the passion and the involvement in the community and I've shared your sentiments with our cards teams as well to ensure we are partnering with you to fight fraud.

Thanks,

**Vanessa A. Stock**
Vice President, Product Management & Strategy
Credit Union Solutions & DNA
Phone: 469.956.3962

Executive Assistant: Tracy Foreman

**Fiserv**

**World's Most Admired Companies™ 2026 | Fortune® Magazine**
**Subscribe to the Credit Union Insights Newsletter**
Fiserv | Join Our Team | LinkedIn | Facebook | Instagram

©2026 Fiserv Inc. or its affiliates. Fiserv is a registered trademark of Fiserv Inc. Privacy Notice
**©2026 *Fortune* Media IP Limited. All rights reserved. Used under license.**

---

**From:** Operations <operations-bounces@lists.porticousers.com> **On Behalf Of** Christin Glanze via Operations
**Sent:** Wednesday, September 16, 2026 9:09 AM
**To:** Ashley Magill <ashley.magill@ficarefcu.org>; Michelle Norman <mnorman@somersetfcu.com>; Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>; Deborah Mozal <deb.mozal@choiceone.org>; David W Ness <dave@merco.org>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>
**Subject:** Re: [Operations] increase in fraud

⚠️ EXTERNAL MESSAGE – Think Before You Click

WHY O' WHY O' WHY would **FISERV'S FRAUD CENTER** NOT BE ABLE TO USE THE **STEP UP OTP that is already being paid for by the client????**

[How did you enjoy your experience with us?]

CONFIDENTIALITY NOTICE

This message and any attachments are from the sender cglanze@fortmcclellancu.org and are intended only for the addressee. Information contained herein is confidential, and may be privileged or exempt from disclosure pursuant to applicable federal or state law. This message is not intended as a waiver of the confidential, privileged or exempted status of the information transmitted. Unauthorized forwarding, printing, copying, distribution or use of such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error.

---

**From:** Compliance <compliance-bounces@lists.porticousers.com> on behalf of David W Ness via Compliance <compliance@lists.porticousers.com>
**Sent:** Tuesday, September 15, 2026 2:41 PM

**To:** Ashley Magill <ashley.magill@ficarefcu.org>; Michelle Norman <mnorman@somersetfcu.com>; Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>; Deborah Mozal <deb.mozal@choiceone.org>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>
**Subject:** Re: [Compliance] increase in fraud

This message's attachments contains at least one web link. This is often used for phishing attempts. Please only interact with this attachment if you know its source and that the content is safe. If in doubt, confirm the legitimacy with the sender by phone.

Previously I was talking about situations where an EnFact fraud case was opened and the card was restricted, only to have a fraudster call the Fiserv call center and have the restriction removed by pretending to be our member.

I have an update, correction of information and suggested modification to our configuration…

I learned from Fiserv that the Step-up Authentication with OTP only works for the Card Activation/PIN setting call center.

For the EnFact fraud call center, they don’t use OTP

Fiserv suggested I turn off the ability for Fiserv Call Center to un-restrict cards that have a case opened.

Members still can unrestrict their card by simply responding to the fraud alerts via text or when they call, call from their number on file and know their incident number. In those scenarios, the card restriction will be removed.

Since Fiserv won’t be able to unrestrict cards , that will increase calls to our call center, but we are better position to “suss” out a fraudster since we tend to know our members.

Dave

---

**From:** Ashley Magill <ashley.magill@ficarefcu.org>
**Sent:** Tuesday, September 15, 2026 12:33 PM
**To:** David W Ness <dave@merco.org>; Michelle Norman <mnorman@somersetfcu.com>; Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>; Deborah Mozal <deb.mozal@choiceone.org>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>; Monaghan, Melissa (US - Oregon) <melissa.monaghan@fiserv.com>
**Subject:** Re: increase in fraud

You don't often get email from ashley.magill@ficarefcu.org. Learn why this is important

We just had our first reported case of this as well.

We also identified with our case the member was spammed with hundreds of text messages during the first day of fraudulent activity - I can only assume to burry the legitimate text she recieved from the fraud department

Crazy what these fraudsters will do.

**Ashley Magill, CCUFC**

SVP, Lending and Operations
FiCare FCU
P: 813-600-5920 | F: 813-870-4475

*Financial Expertise, Competitive Rates and Personal Care Extending Beyond Your Financial Health*

FiCare
Healthcare's Financial Partner

Follow us:

---

**From:** Operations <operations-bounces@lists.porticousers.com> on behalf of Deborah Mozal via Operations

<operations@lists.porticousers.com>
**Sent:** Monday, September 14, 2026 4:14 PM
**To:** David W Ness <dave@merco.org>; Michelle Norman <mnorman@somersetfcu.com>; Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>; Monaghan, Melissa (US - Oregon) <melissa.monaghan@fiserv.com>
**Subject:** Re: [Operations] increase in fraud

WE have the MFA OTP on our debit cards. It was NOT on our credit cards, we had to open a project for that. Separate platform...


***Deborah Mozal, CUCO, CUDE, CCUFC, BSACS***

***Chief Operating Officer***

**Choice One Community Federal Credit Union**

***The One Choice for Financial Services***

**NMLS 961533**

**Phone 570 823-7676 x7128**




**How did we do? Let us know!**

ChoiceOne COMMUNITY CREDIT UNION
*The One Choice for Financial Services.*

*"The credit union movement...It is a great movement, worthy of great deeds, deserving of great loyalty." - Edward Filene*

Statement of Confidentiality

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, or reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

---

**From:** Operations <operations-bounces@lists.porticousers.com> **On Behalf Of** David W Ness via Operations
**Sent:** Monday, September 14, 2026 3:43 PM
**To:** Michelle Norman <mnorman@somersetfcu.com>; Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>; Monaghan, Melissa (US - Oregon) <melissa.monaghan@fiserv.com>
**Subject:** Re: [Operations] increase in fraud

**WARNING:** This message came from an external source. Please use caution when opening any attachments or clicking on links.

We have experienced the same thing. Our Card Account Executive signed us up for “Step Up Authentication” which is supposed to prevent this from happening.

In theory, if you have email and/or cell phone loaded in client central card info then the card services folks are supposed to send a OTP to the member to authenticate them.

The issue I’m currently having is that it doesn’t seem like card services is always sending the OTP or at least not for our credit cards. Our AE is looking into it but I haven’t hear anything.

This is definitely something that Fiserv should be addressing for all the banks/CU’s they process for!

Thanks

Dave Ness

MERCO CU

---

**From:** Operations <operations-bounces@lists.porticousers.com> **On Behalf Of** Michelle Norman via Operations
**Sent:** Monday, September 14, 2026 11:07 AM
**To:** Mindy Moulthrop <MMoulthrop@tmtfcu.org>; Operations Portico Users <operations@lists.porticousers.com>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>
**Subject:** Re: [Operations] increase in fraud

This is something we are experiencing as well. Curious at what everyone else has been doing or will be doing. Because the notifications we send to our members are just not cutting it!!!

**Michelle Norman**

Senior Vice President of Compliance & Chief Risk Officer

**Direct Line:** 774-357-5039

**Fax:** 508-676-8820

**Somerset Federal Credit Union**

740 County Street

Somerset, MA 02726

https://link.edgepilot.com/x/YTHwAKOmvUpbfXjNROIGq5I?u=http://www.somersetfcu.com/

---

**From:** Compliance <compliance-bounces@lists.porticousers.com> on behalf of Mindy Moulthrop via Compliance <compliance@lists.porticousers.com>
**Sent:** Monday, 14 September 2026 11:00:56
**To:** Operations Portico Users <operations@lists.porticousers.com>
**Cc:** Portico Users Compliance (compliance@lists.porticousers.com) <compliance@lists.porticousers.com>
**Subject:** [Compliance] increase in fraud

Warning: External Email

Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good afternoon,

Is Anyone else noticing an increase in debit card fraud? We have had a major spike in fraud and now have found that fraudsters are calling into card services to acknowledge activity on behalf of our member to allow transactions to go through !?!? So far most of the fraud transactions are gambling sites and we are working to have them blocked but I am concerned as to how the fraudsters have gotten enough information to go to the level of calling into fraud protection and closing cases and want to know if anyone else is experiencing this?!?!?

***Mindy Moulthrop***

***Chief Operations Officer***

***NMLS# 2128550***

***Torrington Municipal & Teachers FCU  860-489-2212***

TORRINGTON MUNICIPAL & TEACHERS Federal Credit Union

************************************************************************************************************** This message and any attachments is intended solely for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, legally privileged, confidential, and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the original sender immediately by telephone or return email and destroy or delete this message along with any attachments immediately.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. --

Compliance mailing list
Compliance@lists.porticousers.com
https://lists.porticousers.com/mailman/listinfo/compliance

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.