UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FICARE FEDERAL CREDIT UNION,

Plaintiff, No. 8:26-cv-00231-JLB-GDP

v.

FISERV SOLUTIONS, LLC f/k/a
FISERV SOLUTIONS, INC., and
FISERV, INC.,

Defendants.
_______________________________________/

**DECLARATION OF CHARLES J. NERKO**

I, Charles J. Nerko, declare as follows under penalty of perjury under the laws of the United States of America:

1. I am counsel to plaintiff FiCare Federal Credit Union.

2. In 2019, I represented another credit union, Bessemer System Federal Credit Union ("Bessemer") in its lawsuit against defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc. and Fiserv, Inc. ("Fiserv"), which was filed in the U.S. District Court for the Western District of Pennsylvania, No. 19 Civ. 624.

3. Exhibit A hereto is a true and correct copy of Fiserv's letter to the Court in opposition to Bessemer's Motion for a Temporary Restraining Order, Dkt. 24.

4. Exhibit B hereto is a true and correct copy of Bessemer's Second Amended Complaint against Fiserv, Dkt. 48.

5. Exhibit C hereto is a true and correct copy of Fiserv's Answer and Affirmative Defenses to Second Amended Complaint and Counterclaims, Dkt. 76.

6. Exhibit D hereto is a true and correct copy of the Original Complaint in *U.S. Court House SDNY Federal Credit Union v. Fiserv Solutions, LLC*, No. 1:22-cv-09329 (S.D.N.Y.), Dkt. 1.

Executed on September 28, 2026

*/s/ Charles J. Nerko*
Charles J. Nerko