**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FICARE FEDERAL CREDIT UNION,

Plaintiff,

v.

FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,

Defendants.
_______________________________ /

Case No. 8:26-cv-00231-JLB-GDP

**DECLARATION OF TIMOTHY PATTERSON**

I, Timothy Patterson, hereby state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, an adult resident of the State of Wisconsin, and am competent to testify as to all matters set forth in this Declaration.

2. I am counsel for Fiserv Solutions, LLC and Fiserv, Inc. ("Defendants") in the above-captioned matter and am specially admitted to practice in this Court under Local Rule 2.01(c). I submit this Declaration in support of Defendants' Response in Opposition to Plaintiff FiCare Federal Credit Union's ("FiCare") Emergency Motion for a Temporary Restraining Order and Schedule for a Preliminary Injunction.

3. A true and correct copy of email correspondence between FiCare's counsel and Defendants' counsel between September 17 and October 1, 2026, is attached hereto as **Exhibit 1**.

4. A true and correct copy of an email sent by FiCare's counsel to me on October 1, 2026, is attached hereto as **Exhibit 2**.

5. A true and correct copy of email correspondence between FiCare's counsel and Defendants' counsel between September 17 and October 2, 2026, is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of October, 2026.

*/s/ Timothy Patterson*

Timothy Patterson